COLUMBUS BAR ASSOCIATION *v.* WOLFROM.

[Cite as *Columbus Bar Assn. v. Wolfrom* (1998), 83 Ohio St.3d 1.]

(No. 97–2634—Submitted May 13, 1998—Decided August 12, 1998.)

Terry K. Sherman and Bruce A. Campbell, for relator.
Dennis W. McNamara, for respondent.

*Per Curiam.* Having reviewed the record, we adopt the findings and conclusions of the board. Respondent is hereby indefinitely suspended from the practice of law. Respondent is further ordered to make restitution for the unearned funds received from Griffith, Thompson, and Suber with statutory interest, and bring his child support obligations current with statutory interest and remain in compliance with those obligations. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.